CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | **DISTRICT of ARIZONA** |
|---|---|
| United States of America<br>v.<br>**Josef Ramses Bejarano**<br>DOB: 2005; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-08034MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**COUNT 1:** On or about July 16, 2026, in the District of Arizona, **Josef Ramses Bejarano**, knowing and in reckless disregard of the fact that a certain illegal aliens, including Belter Misael Martinez-Escobedo and Jesus Reyes-Ramirez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On July 16, 2026, in the District of Arizona (Nogales), at approximately 11:00 a.m., Border Patrol Agents (BPAs) working on the plain clothes DISRUPT unit (DBPAs) conducted surveillance on known layup areas in Nogales, AZ. DBPAs observed one individual wearing a blue shirt crawling and attempting to hide in the brush on the side of Baffert Drive and Calle Baranco in Nogales, AZ. DBPAs maintained continuous surveillance of the area. At approximately 3:30 p.m., a black Buick Encore, bearing Arizona license plate ZKA 43T, arrived. Following a brief interval, the vehicle departed the layup point, traveling westbound on Baffert Drive toward North Grand Avenue. DBPAs searched the area where the subject had been hiding and he was no longer there. DBPAs requested a marked Border Patrol unit initiate a vehicle stop to conduct an immigration inspection of the occupants. BPAs located the vehicle and initiated the vehicle stop. The driver, later identified as **Josef Ramses Bejarano**, was determined to be a United States citizen. BPAs observed one subject, later identified as Belter Misael Martinez-Escobedo, concealed on the backseat floorboards. The back seat passenger, later identified as Belter Misael Martinez-Escobedo admitted to being a citizen and national of Guatemala. BPAs discovered a second subject, later identified as Jesus Reyes-Ramirez, in the truck of the vehicle hiding under a blanket. The two subjects admitted to being citizens and nationals of Guatemala and Mexico. Record checks revealed the passengers do not possess the proper documentation to enter, pass through, or remain in the United States legally.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Belter Misael Martinez-Escobedo and Jesus Reyes-Ramirez

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Nick Piccolo<br>Border Patrol Agent |
|---|---|
| **Sworn by telephone** x | |
| SIGNATURE OF MAGISTRATE JUDGE[1)] | DATE<br>July 17, 2026 |

[1)] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Enderle

**Continued from front page.** 26-08034MJ

Material witness Belter Misael Martinez-Escobedo stated he is a citizen and national of Guatemala. He made arrangements in Mexico to be smuggled into the United States paid $4,000 USD upfront and owed an additional $10,000. He illegally crossed into the U.S. on July 16, 2026. He was picked up from the border by a black car and was taken to a brush layup by himself. Later, a second subject arrived. They were told a black car was going to pick them up and was going to honk 3 times. The vehicle arrived and they entered the black car. Martinez-Escobedo stated that he just laid down between the seats and that the driver did not say anything to them.

Material witness Jesus Reyes-Ramirez stated he is a citizen and national of Mexico. He made arrangements in Mexico to be smuggled into the United States. He illegally crossed into the U.S. on July 15, 2026. He was picked up from the border in a grey car and was taken to a brush layup by himself. Later, a second subject arrived. He was told to wait and a car was going to show up. At the pickup location the driver lowered his window and in the Spanish language told them get in. He entered the black car and jumped all the way to back of the car. Reyes-Ramirez stated he grabbed the blanket and covered himself because he was cold.